JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN DELACRUZ,<br><br>    Petitioner,<br><br>  v.<br><br>ELISEO RICOLCOL,<br><br>    Respondent. | Case No. 2:23-cv-07107-DSF (SK)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation to Dismiss Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed and that this action is dismissed without prejudice.

DATED: January 10, 2024

                 DALE S. FISCHER
                 United States District Judge